## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | | |
|---|---|---|
| ALEX JAIMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. |
| | § | |
| FINANCIAL RECOVERY SERVICES, INC, | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

ALEX JAIMES (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against FINANCIAL RECOVERY SERVICES, INC (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7.  Plaintiff is a natural person residing in Dallas, Dallas County, Texas.

8.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9.  Defendant is an alleged debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national debt collection company and conducts business in Edina, Hennepin County, Minnesota.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (See Plaintiff's call-log attached as Exhibit A).

12. Defendant calls Plaintiff from 1-866-438-2805 (See photos of Plaintiff's caller ID attached as Exhibit B).

13. Defendant calls Plaintiff and hangs up without leaving voicemail messages.

14. Defendant calls Plaintiff and fails to disclose that the call is from Financial Recovery Services, Inc.

15. Defendant calls Plaintiff and fails to disclose that the call is from a debt collector.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and/or abuse the Plaintiff because Defendant constantly and continuously places collection calls to Plaintiff and fails to

leave voicemail messages.

b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff..

c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs up without leaving voicemail messages.

d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt when Defendant called and hung up without leaving voicemail messages.

e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector because Defendant calls and hangs up without leaving voicemail messages.

WHEREFORE, Plaintiff, ALEX JAIMES, respectfully requests judgment be entered against Defendant, FINANCIAL RECOVERY SERVICES, INC, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT                                                          3

RESPECTFULLY SUBMITTED,


By:_    /s/ Peter Cozmyk_____
        [ ] Peter Cozmyk, Esq.
        Attorneys for Plaintiff
        Krohn & Moss, Ltd.
        3 Summit Park Drive, Suite 140
        Independence, Ohio, 44131

        Mailing Address:
        Krohn & Moss, Ltd


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ALEX JAIMES, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, ALEX JAIMES, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALEX JAIMES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

12/22/09
Date

ALEX JAIMES

## **EXHIBIT A**

**Call Detail**                                                             972-322-7611

**User Name: ALEX JAIMES**

Rate Code: ESM1=Unlimited Expd M2M, RM70=Rollover FM 700, UNW9=Unlimited N&W

Rate Period (PD): DT=Daytime, NW=Nwknd

Feature: M2MC=Expanded Mobile To Mobile, VM=VoiceMail, CW=Call Waiting

| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/DA | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 334 | TUE | 12/01/2009 | 6:56PM | 800-432-1000 | Toll Free CL | 14 | RM70 | DT | | 0.00 | 0.00 | 0.00 |
| 335 | TUE | 12/01/2009 | 9:55PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 336 | TUE | 12/01/2009 | 9:56PM | 214-709-4638 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 337 | WED | 12/02/2009 | 7:25AM | 469-549-3322 | LEWISVILL TX | 2 | RM70 | DT | | 0.00 | 0.00 | 0.00 |
| 338 | WED | 12/02/2009 | 8:01AM | 214-709-4638 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 339 | WED | 12/02/2009 | 8:04AM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 340 | WED | 12/02/2009 | 8:16AM | 214-682-8962 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 341 | WED | 12/02/2009 | 8:32AM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 342 | WED | 12/02/2009 | 9:49AM | 866-506-7894 | Toll Free CL | 6 | RM70 | DT | | 0.00 | 0.00 | 0.00 |
| 343 | WED | 12/02/2009 | 10:18AM | 800-405-4866 | INCOMING CL | 1 | RM70 | DT | | 0.00 | 0.00 | 0.00 |
| 344 | WED | 12/02/2009 | 1:37PM | 972-322-7469 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 345 | WED | 12/02/2009 | 3:12PM | 214-793-6957 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 346 | WED | 12/02/2009 | 4:17PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 347 | WED | 12/02/2009 | 5:35PM | 214-709-4638 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 348 | WED | 12/02/2009 | 6:24PM | 214-315-9682 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 349 | THU | 12/03/2009 | 12:02AM | 214-680-4878 | INCOMING CL | 2 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 350 | THU | 12/03/2009 | 8:01AM | 214-709-4638 | GRAND PRA TX | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 351 | THU | 12/03/2009 | 1:04PM | 214-208-3652 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 352 | THU | 12/03/2009 | 3:42PM | 972-322-7611 | VMAIL CL | 1 | RM70 | DT | VM | 0.00 | 0.00 | 0.00 |
| 353 | THU | 12/03/2009 | 4:47PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 354 | THU | 12/03/2009 | 5:18PM | 214-208-3652 | INCOMING CL | 18 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 355 | THU | 12/03/2009 | 6:20PM | 214-682-8962 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 356 | THU | 12/03/2009 | 9:33PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 357 | FRI | 12/04/2009 | 8:04AM | 214-709-4638 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 358 | FRI | 12/04/2009 | 8:05AM | 214-709-4638 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 359 | FRI | 12/04/2009 | 8:05AM | 214-709-4638 | CALL WAIT | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 360 | FRI | 12/04/2009 | 11:47AM | 214-793-6957 | INCOMING CL | 4 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 361 | FRI | 12/04/2009 | 11:50AM | 214-315-9682 | CALL WAIT | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 362 | FRI | 12/04/2009 | 12:40PM | 214-793-6957 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 363 | FRI | 12/04/2009 | 12:43PM | 214-315-9682 | GRAND PRA TX | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 364 | FRI | 12/04/2009 | 4:42PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 365 | FRI | 12/04/2009 | 5:29PM | 469-426-5762 | IRVING TX | 4 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 366 | FRI | 12/04/2009 | 5:58PM | 817-235-8188 | INCOMING CL | 14 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 367 | FRI | 12/04/2009 | 6:15PM | 214-682-8962 | INCOMING CL | 3 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 368 | FRI | 12/04/2009 | 6:37PM | 972-322-7469 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 369 | SAT | 12/05/2009 | 11:09AM | 972-322-7469 | INCOMING CL | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 370 | SAT | 12/05/2009 | 11:38AM | 800-955-7070 | Toll Free CL | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 371 | SAT | 12/05/2009 | 11:40AM | 800-955-7070 | Toll Free CL | 9 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 372 | SAT | 12/05/2009 | 11:52AM | 866-438-2805 | Toll Free CL | 1 | UNW9 | NW | | 0.00 | 0.00 | 0.00 |
| 373 | SAT | 12/05/2009 | 1:43PM | 214-682-8962 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 374 | SAT | 12/05/2009 | 1:45PM | 972-322-7469 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 375 | SUN | 12/06/2009 | 10:36AM | 972-822-3491 | INCOMING CL | 17 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 376 | SUN | 12/06/2009 | 12:54PM | 214-315-9682 | INCOMING CL | 4 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 377 | SUN | 12/06/2009 | 1:16PM | 972-322-7469 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 378 | SUN | 12/06/2009 | 1:37PM | 214-680-4878 | INCOMING CL | 2 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 379 | SUN | 12/06/2009 | 1:47PM | 214-315-9682 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 380 | SUN | 12/06/2009 | 1:54PM | 214-315-9682 | INCOMING CL | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 381 | SUN | 12/06/2009 | 1:55PM | 214-680-4878 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 382 | SUN | 12/06/2009 | 2:18PM | 214-680-4878 | GRAND PRA TX | 12 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 383 | SUN | 12/06/2009 | 2:31PM | 214-315-9682 | INCOMING CL | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 384 | SUN | 12/06/2009 | 3:03PM | 972-322-7469 | INCOMING CL | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 385 | SUN | 12/06/2009 | 3:09PM | 972-322-7469 | GRAND PRA TX | 1 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 386 | SUN | 12/06/2009 | 9:27PM | 214-315-9682 | INCOMING CL | 3 | ESM1 | NW | M2MC | 0.00 | 0.00 | 0.00 |
| 387 | MON | 12/07/2009 | 2:20PM | 214-315-9682 | INCOMING CL | 4 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 388 | MON | 12/07/2009 | 2:24PM | 214-315-9682 | INCOMING CL | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 389 | MON | 12/07/2009 | 5:23PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 390 | MON | 12/07/2009 | 7:23PM | 214-709-4638 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 391 | MON | 12/07/2009 | 7:33PM | 214-709-4638 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 392 | MON | 12/07/2009 | 8:38PM | 972-322-7469 | INCOMING CL | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 393 | MON | 12/07/2009 | 8:43PM | 972-322-7469 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 394 | MON | 12/07/2009 | 8:48PM | 972-322-7469 | GRAND PRA TX | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |

| 12/11 12:43 PM | LOSANGELES | 323-988-2400 | DT | | 11 |
| 12/11 12:42 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/11 12:41 PM | DALLAS | 972-498-6429 | DT | | 2 |
| 12/11 08:34 AM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 1 |
| 12/11 07:59 AM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 2 |
| 12/11 07:43 AM | GRAND PRAR | 214-793-6957 | DT | M2MCNG | 1 |
| 12/11 06:20 AM | Toll Free | 800-462-2700 | DT | | 1 |
| 12/10 11:16 PM | VMAIL | 972-322-7611 | NW | VM | 1 |
| 12/10 09:21 PM | INCOMING | 214-709-4638 | NW | M2MCNG | 1 |
| 12/10 06:09 PM | GRAND PRAR | 214-682-8962 | DT | M2MCNG | 2 |
| 12/10 06:04 PM | GRAND PRAR | 214-793-6957 | DT | M2MCNG | 1 |
| 12/10 05:52 PM | GRAND PRAR | 214-680-4878 | DT | M2MCNG | 10 |
| 12/10 05:43 PM | INCOMING | 214-709-4638 | DT | M2MCNG | 2 |
| 12/10 04:34 PM | DALLAS | 972-498-6429 | DT | | 4 |
| 12/10 04:33 PM | DALLAS | 972-498-6429 | DT | | 1 |
| 12/10 04:33 PM | DALLAS | 972-498-6429 | DT | | 1 |
| 12/10 04:29 PM | DALLAS | 972-498-6429 | DT | | 3 |
| 12/10 04:26 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/10 02:19 PM | INCOMING | 214-315-9682 | DT | M2MCNG | 1 |
| 12/10 07:59 AM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 1 |
| 12/09 10:02 PM | GRAND PRAR | 214-793-6957 | NW | M2MCNG | 1 |
| 12/09 09:44 PM | INCOMING | 214-709-4638 | NW | M2MCNG | 3 |
| 12/09 08:44 PM | INCOMING | 214-709-4638 | DT | M2MCNG | 2 | _call_ |
| 12/09 06:09 PM | Toll Free | 866-438-2805 | DT | | 1 |
| 12/09 04:31 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/09 04:30 PM | INCOMING | 214-709-4638 | DT | M2MCNG | 1 |
| 12/09 02:52 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/09 01:39 PM | ARLINGTON | 817-235-8188 | DT | M2MCNG | 1 |
| 12/09 12:50 PM | ARLINGTON | 817-235-8188 | DT | M2MCNG | 3 |
| 12/09 12:39 PM | INCOMING | 817-235-8188 | DT | M2MCNG | 3 |
| 12/09 12:38 PM | ARLINGTON | 817-235-8188 | DT | M2MCNG | 1 |
| 12/09 12:15 PM | INCOMING | 817-235-8188 | DT | M2MCNG | 6 |
| 12/09 12:09 PM | INCOMING | 817-235-8188 | DT | M2MCNG | 1 |
| **Total this page** | | | | | **203** |
| **TOTAL** | | | | | **712** |
| | | | | | 1 2 3 4 5 |

**Important**: There are delays in reporting and processing call records. It may take up to two to

| 12/11 04:56 PM | CALL WAIT | 214-709-4638 | DT | M2MCNG | 1 |
| 12/11 04:40 PM | INCOMING | 469-426-5762 | DT | M2MCNG | 17 |
| 12/11 04:40 PM | IRVING | 469-426-5762 | DT | M2MCNG | 1 |
| 12/11 04:19 PM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 2 |
| 12/11 04:19 PM | GRAND PRAR | 214-793-6957 | DT | M2MCNG | 1 |
| 12/11 04:18 PM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 1 |
| 12/11 02:38 PM | INCOMING | 214-793-6957 | DT | M2MCNG | 3 |
| 12/11 01:13 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/11 12:43 PM | LOSANGELES | 323-988-2400 | DT | | 11 |
| 12/11 12:42 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/11 12:41 PM | DALLAS | 972-498-6429 | DT | | 2 |
| 12/11 08:34 AM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 1 |
| 12/11 07:59 AM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 2 |
| 12/11 07:43 AM | GRAND PRAR | 214-793-6957 | DT | M2MCNG | 1 |
| 12/11 06:20 AM | Toll Free | 800-462-2700 | DT | | 1 |
| 12/10 11:16 PM | VMAIL | 972-322-7611 | NW | VM | 1 |
| 12/10 09:21 PM | INCOMING | 214-709-4638 | NW | M2MCNG | 1 |
| 12/10 06:09 PM | GRAND PRAR | 214-682-8962 | DT | M2MCNG | 2 |
| 12/10 06:04 PM | GRAND PRAR | 214-793-6957 | DT | M2MCNG | 1 |
| 12/10 05:52 PM | GRAND PRAR | 214-680-4878 | DT | M2MCNG | 10 |
| 12/10 05:43 PM | INCOMING | 214-709-4638 | DT | M2MCNG | 2 |
| 12/10 04:34 PM | DALLAS | 972-498-6429 | DT | | 4 |
| 12/10 04:33 PM | DALLAS | 972-498-6429 | DT | | 1 |
| 12/10 04:33 PM | DALLAS | 972-498-6429 | DT | | 1 |
| 12/10 04:29 PM | DALLAS | 972-498-6429 | DT | | 3 |
| 12/10 04:26 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| 12/10 02:19 PM | INCOMING | 214-315-9682 | DT | M2MCNG | 1 |
| 12/10 07:59 AM | GRAND PRAR | 214-709-4638 | DT | M2MCNG | 1 |
| 12/09 10:02 PM | GRAND PRAR | 214-793-6957 | NW | M2MCNG | 1 |
| 12/09 09:44 PM | INCOMING | 214-709-4638 | NW | M2MCNG | 3 |
| 12/09 08:44 PM | INCOMING | 214-709-4638 | DT | M2MCNG | 2 |
| 12/09 06:09 PM | Toll Free | 866-438-2805 | DT | | 1 |
| 12/09 04:31 PM | VMAIL | 972-322-7611 | DT | VM | 1 |
| Total this page | | | | | 194 |
| TOTAL | | | | | 1066 |

Call →

Previous Five| 6 7

**Important**: There are delays in reporting and processing call records. It may take up to two to

**EXHIBIT B**

