UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX JAIMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. |
| | § | 3:10-CV-0004K |
| FINANCIAL RECOVERY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND PROPOSED ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALEX JAIMES and Defendant, FINANCIAL RECOVERY SERVICES, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiffs in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Both parties agree to bear their own attorney's fees and costs.

IT IS SO STIPULATED:

Dated: May 5, 2010                               Dated: May 5, 2010

By: /s/ Peter Cozmyk                             By: /s/ David C. Sander
Peter Cozmyk, Esq.                               David C. Sander
Krohn & Moss, Ltd.                               602 W. 11th Street
3 Summit Park Drive, Suite 140                   Austin, TX 78701
Independence, Ohio 44131                         P: (512) 478-4651
P: (323) 988-2400                                F: (415) 478-7750
F: (866) 425-3459                                dsander@sbylaw.com
pcozmyk@consumerlawcenter.com                    Attorneys for Defendant
Attorneys for Plaintiff,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX JAIMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. |
| | § | 3:10-CV-0004K |
| FINANCIAL RECOVERY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## (PROPOSED) ORDER GRANTING DISMISSAL WITH PREJUDICE

Based upon the Stipulation of Dismissal entered into by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE